

**GASKINS BENNETT BIRRELL SCHUPP**

Direct: 612-333-9542
rbennett@gaskinsbennett.com

**BY ECF**

September 9, 2016

The Hon. Magistrate Judge Leo I. Brisbois
United States District Court
515 West 1st Street, Room 412
Duluth, MN 55802-1397

RE:  Kathleen C. Baxter-Knutson, as Trustee for the Next-of-Kin of Kyle Allan Baxter-Jensen
v. Travis Brandt, et al.
Our File No. 3001.19698
Court File No. 14-cv-03796 ADM/LIB

Dear Magistrate Judge Brisbois:

    I write to inform the Court that the above matter has settled completely with all parties. We will submit settlement papers to the Court within the next two weeks. Thank you.

Very truly yours,

Robert Bennett

RB/mo
c:  Barbara Zurek
    Elie Biel
    Jason Hiveley

333 South Seventh Street Suite 3000 Minneapolis, MN 55402   TEL 612.333.9500   FAX 612.333.9579   TOLL 866.397.4497
WWW.GASKINSBENNETT.COM