# EXHIBIT A

STATE OF MINNESOTA

COUNTY OF HENNEPIN

In the Matter of the Appointment of a
Trustee for the Next-of-Kin of
Kyle Allan Baxter-Jensen, Decedent.

DISTRICT COURT

FOURTH JUDICIAL DISTRICT

Case Type: Wrongful Death
Case No. 27-cv-14-12346

ORDER APPOINTING
TRUSTEE

The foregoing Petition having been duly considered,

IT IS HEREBY ORDERED that, upon the filing of an oath pursuant to Minnesota Statute § 358.06 and of a bond in the amount of $0 approved by the Court, Kathleen C. Baxter-Knutson shall be appointed trustee to maintain the action described in said Petition.

BY THE COURT:

Date: 7/21/14

_Kathleen Sheehy_
Judge of Hennepin County District Court