UNITED STATES DISTRICT COURT
STATE OF MINNESOTA

---

| | |
|---|---|
| Kathleen C. Baxter-Knutson, as trustee for the next of kin of Kyle Allan Baxter-Jensen, | Case No. 14-CV-03796 (ADM/LIB) |
| Plaintiff, | |
| v. | |
| Travis Brandt, acting in his individual capacity as a Stearns County correctional officer, Elaine Byker, acting in her individual capacity as medical staff in the Stearns County Jail, Mary Millicent, acting in her individual capacity as medical staff in the Stearns County Jail, Todd Leonard, MD, acting in his individual and official capacity as the Responsible Health Authority in the Stearns County Jail & as the sole owner of MEnD, MEnD Correctional Care, PLLC, John Does 1-2, acting in their individual capacities as supervisory Stearns County officers, and Stearns County, | **STIPULATION AND ORDER OF DISMISSAL** |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties hereto, through their respective counsel, that the above-entitled action against defendants, may be, and the same hereby is, dismissed with prejudice and on the merits, but without further cost to any of the parties hereto.

IT IS FURTHER STIPULATED AND AGREED that any party, without notice to another, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

Dated: 9/13/16

*Robert Bennett* (#6713)
Andrew J. Noel (#322118)
Kathryn H. Bennett (#0392087)
**GASKINS, BENNETT, BIRRELL, SCHUPP LLP**
333 South Seventh Street, #3000
Minneapolis, MN 55402
(612) 333-9500
rbennett@gaskinsbennett.com
anoel@gaskinsbennett.com
kbennett@gaskinsbennett.com

*Attorneys for Plaintiff*

Dated: 9/12/16

Barbara A. Zurek (#213974)
Elie C. Biel (#393550)
**MEAGHER & GEER, P.L.L.P.**
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661
bzurek@meagher.com
ebiel@meagher.com

*Attorneys for Defendants Elaine Byker, Mary Millicent, Todd Leonard, M.D. and MEnD Correctional Care, PLLC*

Dated: 9/16/16

Jason M. Hiveley (#0311546)
**IVERSON REUVERS CONDON**
9321 Ensign Avenue South
Bloomington, MN 55438
(952) 548-7200
jasonh@irc-law.com

***Attorney for Defendants Travis Brandt and Stearns County***