UNITED STATES DISTRICT COURT
STATE OF MINNESOTA

| | |
|---|---|
| Kathleen C. Baxter-Knutson as trustee for the-next-of kin of Kyle Allan Baxter-Jensen,<br><br>Plaintiff,<br><br>v.<br><br>Travis Brandt, acting in his individual capacity as a Stearns County correctional officer, Elaine Byker, acting in her individual capacity as a medical staff employee of Stearns County, John Does 1-2, acting in their individual capacities as supervisory Stearns County officers, John Does 3-6, acting in their individual capacities as Stearns County correctional officers, John Does 7-9, acting in their individual capacities as jail medical staff employees of Stearns County, and Stearns County,<br><br>Defendants. | Case No. 14-CV-03796 (ADM/LIB)<br><br>**DECLARATION AND CONSENT OF RUSSELL DAVID JENSEN** |

I, Russell David Jensen, pursuant to 28 U.S.C. § 1746, do hereby declare under the penalty of perjury under the laws of the United States of America that the following is true and correct:

1. I make this Declaration and Consent in support of Plaintiff's Petition for Approval of Distribution of Proceeds Recovered in the above-captioned matter.

2. I am Kyle Allan Baxter-Jensen's father.

3. I have reviewed Plaintiff's Petition for Approval of Distribution of Proceeds Recovered, and consent to the distribution of proceeds described therein.

4. I waive any right I may have to a court hearing on the approval of distribution of proceeds.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9-20-16                                             Signature: *Russell David Jenny*