UNITED STATES DISTRICT COURT
STATE OF MINNESOTA

---

Kathleen C. Baxter-Knutson as trustee for
the-next-of kin of Kyle Allan Baxter-Jensen,

                      Plaintiff,

v.

Travis Brandt, acting in his individual capacity
as a Stearns County correctional officer,
Elaine Byker, acting in her individual capacity
as a medical staff employee of Stearns County,
John Does 1-2, acting in their individual capacities
as supervisory Stearns County officers, John
Does 3-6, acting in their individual capacities as
Stearns County correctional officers, John Does
7-9, acting in their individual capacities as jail
medical staff employees of Stearns County,
and Stearns County,

                      Defendants.

---

Case No. 14-CV-03796 (ADM/LIB)

**DECLARATION AND
CONSENT OF TYLER
NOLAN JENSEN**

---

       I, Tyler Nolan Jensen, pursuant to 28 U.S.C. § 1746, do hereby declare under the penalty of perjury under the laws of the United States of America that the following is true and correct:

       1.     I make this Declaration and Consent in support of Plaintiff's Petition for Approval of Distribution of Proceeds Recovered in the above-captioned matter.

       2.     I am Kyle Allan Baxter-Jensen's half-brother.  We share the same father, Russell David Jensen.

       3.     I have reviewed Plaintiff's Petition for Approval of Distribution of Proceeds Recovered, and consent to the distribution of proceeds described therein.

4.     I waive any right I may have to a court hearing on the approval of distribution of proceeds.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 9-20-16          Signature: Tyler Nolan Jensen