UNITED STATES DISTRICT COURT
STATE OF MINNESOTA

---

Kathleen C. Baxter-Knutson as trustee for the-next-of kin of Kyle Allan Baxter-Jensen,

          Plaintiff,

v.

Travis Brandt, acting in his individual capacity as a Stearns County correctional officer, Elaine Byker, acting in her individual capacity as a medical staff employee of Stearns County, John Does 1-2, acting in their individual capacities as supervisory Stearns County officers, John Does 3-6, acting in their individual capacities as Stearns County correctional officers, John Does 7-9, acting in their individual capacities as jail medical staff employees of Stearns County, and Stearns County,

          Defendants.

Case No. 14-CV-03796 (ADM/LIB)

**ORDER APPROVING DISTRIBUTION**

---

    This matter came on for hearing on the papers before the Honorable Judge Ann D. Montgomery on Plaintiff's Petition for Approval of Distribution. The Court, having considered the Petition:

    IT IS HEREBY ORDERED:

    1.    The Court hereby approves the distribution proposed by the Petitioner.

    2.    Accordingly, distribution shall be made as follows:

        a.    Settlement Check No. 1 shall be made payable to Kathleen C. Baxter-Knutson in the amount of $435,000.00;

b. Settlement Check No. 2 shall be made payable to Russell David Jensen in the amount of $181,250.00; and

c. Settlement Check No. 3 shall be made payable to Melissa Baxter-Lesniak in the amount of $108,750.00.

3. The Trustee shall indemnify and/or hold the Defendants harmless against any claims brought by individuals claiming to be Kyle Allan Baxter-Jensen's heirs or beneficiaries for any claims or loss related to Kyle's December 4, 2010 death and the events precipitating his death.

IT IS SO ORDERED:


Dated: September 23, 2016                  s/Ann D. Montgomery
                                                               Hon. Ann D. Montgomery
                                                               U.S. District Court Judge